UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL SARMIENTO SERRANO,

      Petitioner,

    v.                            Case No.:  2:26-cv-01461-SPC-NPM

MARKWAYNE MULLIN *et al.*,

      Respondents,

                                 /

## OPINION AND ORDER

Before the Court are Daniel Sarmiento Serrano's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).  For the below reasons, the Court grants the petition.

Sarmiento Serrano is a native and citizen of Honduras who entered the United States in 2021.  Immigration and Customs Enforcement ("ICE") recently arrested Sarmiento Serrano and detained him without an opportunity to seek release on bond.  In light of the Eleventh Circuit's recent opinion in *Hernandez Alvarez v. Warden*, --- F.4th ---, 2026 WL 1243395 (11th Cir. 2026), the government concedes Sarmiento Serrano is entitled to a bond hearing.

The Court will thus order the respondents to either bring Sarmiento Serrano before an immigration judge for an individualized bond hearing within ten days or release him.  To satisfy this Order, the hearing must include—and the resulting order must reflect—consideration of evidence properly submitted

by the petitioner and the factors announced in *In re Guerra*, 24 I. & N. Dec. 37 (BIA 2006), and Sarmiento Serrano's counsel must be given at least 48 hours' notice of the hearing, but only if they enter their appearance in the Executive Office of Immigration Review's online filing system in time to receive the notice. The Court is aware the EOIR is the agency that conducts bond hearings, it is not a party to this action, and it may decide not to hold a hearing that satisfies these requirements. If the respondents are unable to ensure Sarmiento Serrano receives a bond hearing that complies with this Order within ten days, they must release him.

Accordingly, it is hereby

**ORDERED**:

Daniel Sarmiento Serrano's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

(1)    Within **ten days** of this Opinion and Order, the respondents shall either (1) bring Sarmiento Serrano for an individualized bond hearing before an immigration judge or (2) release Sarmiento Serrano under reasonable conditions of supervision. If the respondents release Sarmiento Serrano, they shall facilitate his transportation from the detention facility by notifying his counsel when and where he may be collected.

(2)    The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on May 15, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record

3